UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

WILDRED WHARFF,

           Plaintiff,

   - against -

STATE UNIVERSITY OF NEW YORK, HEALTH
SCIENCES CENTER AT BROOKLYN,

           Defendant.

----------------------------------------------------------------X

**ORDER**
**05-CV-4780 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

    By Memorandum and Order dated February 8, 2010, the Court granted in part and denied in part defendant's motion to dismiss. The Court shall hold a pretrial conference pursuant to Fed. R. Civ. P. 16 on March 18, 2010 at 2:00 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. The Court will schedule discovery deadlines at the conference. Defendant's counsel shall prepare its initial disclosures to produce to plaintiff at the March 18, 2010 conference. The parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: February 11, 2010
       Brooklyn, New York